**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>    v.<br><br>JORGE CASTILLEJO HUNOSTA, a.k.a.<br>Mike Castillego, a.k.a. Jorge Huandsta<br>Castillejo, a.k.a. Erik Caston, a.k.a. Saul<br>Matias,<br><br>    Defendant - Appellant. | No. 14-50146<br><br>D.C. No. 2:09-cr-00682-SVW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted March 10, 2015[**]

Before:    FARRIS, WARDLAW, and PAEZ, Circuit Judges.

    Jorge Castillejo Hunosta appeals from the district court's judgment and

challenges the 18-month sentence imposed upon revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

Castillejo Hunosta contends that the district court erred by (1) failing to address or consider his request that the revocation sentence run concurrently to the sentence imposed for Castillejo Hunosta's new criminal conviction, and (2) relying on impermissible sentencing factors. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered only proper sentencing factors, as well as Castillejo Hunosta's argument for a concurrent sentence, and sufficiently explained the sentence. *See* 18 U.S.C. § 3583(e); *United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED.**